B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JURIS, BRIAN M.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**JURIS, BECKY A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Brian Juris** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Becky Juris; AKA Becky A. Van Wazer; AKA Becky Van Wazer; AKA Becky Van Wazer Juris** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8999** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4036** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1421 Kings Road**<br>**Carpentersville, IL**<br>ZIP Code **60110** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1421 Kings Road**<br>**Carpentersville, IL**<br>ZIP Code **60110** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☐ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **JURIS, BRIAN M.**<br>**JURIS, BECKY A.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X  /s/ Gregory D. Bruno        November 26, 2012</b><br>Signature of Attorney for Debtor(s)       (Date)<br><b>Gregory D. Bruno</b></td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **JURIS, BRIAN M.** |
| | **JURIS, BECKY A.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ BRIAN M. JURIS**
Signature of Debtor **BRIAN M. JURIS**

X  **/s/ BECKY A. JURIS**
Signature of Joint Debtor **BECKY A. JURIS**

Telephone Number (If not represented by attorney)

**November 26, 2012**
Date

**Signature of Attorney***

X  **/s/ Gregory D. Bruno**
Signature of Attorney for Debtor(s)

**Gregory D. Bruno**
Printed Name of Attorney for Debtor(s)

**Law Offices of Gregory D. Bruno**
Firm Name

**1807 N. Broadway**
**Melrose Park, IL 60160**

Address

**(708) 343-4544  Fax: (708) 343-4670**
Telephone Number

**November 26, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **BRIAN M. JURIS**
**BECKY A. JURIS**

Case No. _____

Debtor(s)   Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                      Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ BRIAN M. JURIS**
        **BRIAN M. JURIS**
Date:  **November 26, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **BRIAN M. JURIS**
       **BECKY A. JURIS**

Debtor(s)     Case No. _____

Chapter     **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ BECKY A. JURIS**
                      **BECKY A. JURIS**

Date:   **November 26, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **BRIAN M. JURIS,**
      **BECKY A. JURIS**
                                    ,
                        Debtors

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 14,007.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 12,767.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 58 | | 260,122.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,070.15 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,059.71 |
| Total Number of Sheets of ALL Schedules | | 72 | | | |
| Total Assets | | | 14,007.00 | | |
| Total Liabilities | | | | 272,889.54 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **BRIAN M. JURIS,**
       **BECKY A. JURIS**

Case No. _____

_____,
Debtors

Chapter _____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,070.15 |
| Average Expenses (from Schedule J, Line 18) | 2,059.71 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,510.81 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,210.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 260,122.54 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 263,332.54 |

B6A (Official Form 6A) (12/07)

.

In re   **BRIAN M. JURIS,**                                          Case No. _____
        **BECKY A. JURIS,**
                                                    ,
                                Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **BRIAN M. JURIS,**
    **BECKY A. JURIS,**

                              ,
                    Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Cash on hand**<br>**Location: 1421 Kings Road, Carpentersville IL 60110** | J | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Chase Bank, Algonquin, Illinois** | J | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. items of furniture, to wit:  TV, VCR, DVD player, stereo, bedroom sets, couch, computer and printer, cell phones** | J | 750.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Misc. items of man's, woman's and childrens' clothing**<br>**Location: 1421 Kings Road, Carpentersville IL 60110** | J | 1,500.00 |
| 7.  Furs and jewelry. | | **Misc. items of man's and woman's jewelry, to wit: wedding rings, chain, earrings, necklaces, bracelets, costume jewelry items, watches**<br>**Location: 1421 Kings Road, Carpentersville IL 60110** | J | 2,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >     **4,450.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
      **BECKY A. JURIS**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **BRIAN M. JURIS,**   Case No. _____
    **BECKY A. JURIS,**
                                                              ,
                            Debtors
## SCHEDULE B - PERSONAL PROPERTY
                        (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Mercury Mariner vehicle; 47,000 miles; good condition Location: 1421 Kings Road, Carpentersville IL 60110** | J | 9,557.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >     9,557.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
    **BECKY A. JURIS**                                                    Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **14,007.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re **BRIAN M. JURIS,**
**BECKY A. JURIS**

Case No. _____

_____,
Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Location: 1421 Kings Road, Carpentersville IL 60110** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Chase Bank, Algonquin, Illinois** | | | |
| **Household Goods and Furnishings** | | | |
| **Misc. items of furniture, to wit: TV, VCR, DVD player, stereo, bedroom sets, couch, computer and printer, cell phones** | 735 ILCS 5/12-1001(b) | 750.00 | 750.00 |
| **Wearing Apparel** | | | |
| **Misc. items of man's, woman's and childrens' clothing** | 735 ILCS 5/12-1001(a) | 1,500.00 | 1,500.00 |
| **Location: 1421 Kings Road, Carpentersville IL 60110** | | | |
| **Furs and Jewelry** | | | |
| **Misc. items of man's and woman's jewelry, to wit: wedding rings, chain, earrings, necklaces, bracelets, costume jewelry items, watches** | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| **Location: 1421 Kings Road, Carpentersville IL 60110** | | | |
| | Total: | 4,450.00 | 4,450.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **BRIAN M. JURIS,**                                                    Case No. _____
       **BECKY A. JURIS**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **42501184** <br><br> **Lincoln Automotive Financial Svcs formerly Ford Credit PO Box 542000 Omaha, NE 68154** | | J | Opened  5/28/07  Last Active  9/01/12 <br> auto loan <br> **2007 Mercury Mariner vehicle; 47,000 miles; good condition Location: 1421 Kings Road, Carpentersville IL 60110** | | | | | |
| | | | Value $              9,557.00 | | | | 12,767.00 | 3,210.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | Subtotal <br> (Total of this page) | 12,767.00 | 3,210.00 |
| | Total <br> (Report on Summary of Schedules) | 12,767.00 | 3,210.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **BRIAN M. JURIS,**                                                    Case No. _____

 **BECKY A. JURIS,**
_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **BRIAN M. JURIS,**                                              Case No. _____
         **BECKY A. JURIS**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4453263138008642<br><br>**1st Financial Bank USA**<br>**363 W. Anchor Drive**<br>**Dakota Dunes, SD 57049** | | H | **Opened 4/11/06 Last Active 10/29/10**<br>**Charge Account** | | | | **0.00** |
| Account No. 8700165570PA00001<br><br>**AES / Suntrust Bank**<br>**Po Box 2461**<br>**Harrisburg, PA 17105** | | H | **Opened 3/28/07 Last Active 4/01/11**<br>**Educational loan** | | | | **14,386.00** |
| Account No. 8700165570PA00002<br><br>**AES / Suntrust Bank**<br>**Po Box 2461**<br>**Harrisburg, PA 17105** | | H | **Opened 3/28/07 Last Active 4/01/11**<br>**Educational loan** | | | | **10,027.00** |
| Account No. **various**<br><br>**Allied Interstate**<br>**Govt. Student Loan Svcs. Div.**<br>**12755 Highway 55, Ste. 300**<br>**Plymouth, MN 55441** | | J | **on or about various dates**<br>**Claims for balances due on educational loans** | | | | **Unknown** |
| **_57_** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **24,413.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
          **BECKY A. JURIS**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **44180566** <br><br> **Arrow Financial Services LLC** <br> **5996 W. Touhy Ave** <br> **Niles, IL 60714** | | H | **Opened 12/29/08 Last Active 8/23/10** <br> **Claim for balance due on account acquired** <br> **from GEe Money Bank / Care Credit** | | | | **966.53** |
| Account No. <br><br> **Tate & Kirlin Associates** <br> **2810 Southampton Road** <br> **Philadelphia, PA 19154** | | | **Representing:** <br> **Arrow Financial Services LLC** | | | | **Notice Only** |
| Account No. **GEMB CARE-40562792** <br><br> **Asset Acceptance, LLC** <br> **PO Box 2036** <br> **Warren, MI 48090** | | W | **Opened 12/02/09 Last Active 4/19/11** <br> **Claim for balance due on account acquired** <br> **from GE Money Bank / Care Credit, No.** <br> **6019180379374917** | | | | **6,991.00** |
| Account No. <br><br> **Asset Recovery Solutions, LLC** <br> **2200 E. Devon Avenue, Ste. 200** <br> **Des Plaines, IL 60018** | | | **Representing:** <br> **Asset Acceptance, LLC** | | | | **Notice Only** |
| Account No. <br><br> **NES of Ohio** <br> **29125 Solon Road** <br> **Solon, OH 44139** | | | **Representing:** <br> **Asset Acceptance, LLC** | | | | **Notice Only** |

Sheet no. __1___ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **7,957.53**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**                                                                    Case No. _____
         **BECKY A. JURIS**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6019180379374917 <br><br> **Asset Acceptance, LLC** <br> **PO Box 2036** <br> **Warren, MI 48090** | | J | on or about 2009 - 2011 <br> **Claim for balance due on account acquired from GE Money Bank / Care Credit** | | | | **6,976.39** |
| Account No. <br><br> **Asset Recovery Solutions, LLC** <br> **2200 E. Devon Avenue, Ste. 200** <br> **Des Plaines, IL 60018** | | | Representing: <br> Asset Acceptance, LLC | | | | **Notice Only** |
| Account No. <br><br> **NES of Ohio** <br> **29125 Solon Road** <br> **Solon, OH 44139** | | | Representing: <br> Asset Acceptance, LLC | | | | **Notice Only** |
| Account No. 08819423578 <br><br> **BMG Music** <br> **BMG Music Service** <br> **PO Box 1958** <br> **Indianapolis, IN 46291** | | J | on or about 2005 - 2012 <br> **Claim for balance due on service account** | | | | **10.96** |
| Account No. <br><br> **AIS Services, LLC** <br> **8996 Miramar Road, Ste. 220** <br> **San Diego, CA 92126** | | | Representing: <br> BMG Music | | | | **Notice Only** |

Sheet no. __2__ of __57__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,987.35**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**                                              Case No. _____
         **BECKY A. JURIS**

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Allied Interstate, LLC** **3000 Corporate Exchange Drive** **Columbus, OH 43231** | | | Representing: BMG Music | | | | **Notice Only** |
| Account No. **Allied Interstate, LLC** **PO Box 4000** **Warrenton, VA 20188** | | | Representing: BMG Music | | | | **Notice Only** |
| Account No. **4862367217818097** **Capital One** **Capital One Bank (USA), N.A.** **P.O. Box 85520** **Richmond, VA 23285** | | H | **Opened 8/22/06 Last Active 8/01/08** **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,707.00** |
| Account No. **Freedman Anselmo Lindberg & Rappe** **1807 W. Diehl Road, Ste. 333** **P.O. Box 3228** **Naperville, IL 60566** | | | Representing: Capital One | | | | **Notice Only** |
| Account No. **4862-3672-1758-3683** **Capital One** **Capital One Bank (USA), N.A.** **P.O. Box 85520** **Richmond, VA 23285** | | J | **on or about 2008 - 2010** **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,478.49** |

Sheet no. __3__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **3,185.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**                                                    Case No. _____
         **BECKY A. JURIS**

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Regional Adjustment Bureau, Inc.** PO Box 34111 Memphis, TN 38184 | | | Representing: **Capital One** | | | | **Notice Only** |
| Account No. **Case No. 2011 SC 001921** | | | **Claim against husband Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of the 16th Judicial Circuit, Kane County, Case No. 2011 SC 1921** | | | | |
| **Capital One** Capital One Bank (USA), N.A. P.O. Box 85520 Richmond, VA 23285 | | J | | | | | **1,549.49** |
| Account No. | | | | | | | |
| **Freedman Anselmo Lindberg LLC** 1807 W. Diehl Road, Ste. 333 P.O. Box 3228 Naperville, IL 60566 | | | Representing: **Capital One** | | | | **Notice Only** |
| Account No. **RAB# D-3-10648965** | | | **2008 - 2010 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | |
| **Capital One** Capital One Bank (USA), N.A. P.O. Box 85520 Richmond, VA 23285 | | J | | | | | **882.08** |
| Account No. | | | | | | | |
| **Regional Adjustment Bureau, Inc** PO Box 34111 Memphis, TN 38184 | | | Representing: **Capital One** | | | | **Notice Only** |

| | |
|---|---|
| Sheet no. __4__ of __57__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **2,431.57** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **BRIAN M. JURIS,**
      **BECKY A. JURIS,**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **44180566 / 13431257**<br><br>**Care Credit**<br>**c/o Tate & Kirlin Associates**<br>**2810 Southhampton Road**<br>**Philadelphia, PA 19154** | | J | | **2008 - 2010**<br>**Claim for balance due on account** | | | | **966.53** |
| Account No. **6019180379374917**<br><br>**Care Credit**<br>**c/o Asset Recovery Solutions, LLC**<br>**2200 E. Devon Avenue, Ste. 200**<br>**Des Plaines, IL 60018** | | J | | **on or about 2008 - 2010**<br>**Claim for balance due on account** | | | | **6,477.33** |
| Account No.<br><br>**National Enterprise Systems**<br>**29125 Solon Road**<br>**Solon, OH 44139** | | | | **Representing:**<br>**Care Credit** | | | | **Notice Only** |
| Account No. **D96307311N1**<br><br>**CEP America - Illinois, P.C.**<br>**PO Box 582663**<br>**Modesto, CA 95358** | | J | | **2008 - 2010**<br>**Claim for balance due on account** | | | | **141.00** |
| Account No.<br><br>**c/o Stanislaus Credit Control Svcs**<br>**914 14th Street**<br>**PO Box 480**<br>**Modesto, CA 95353** | | | | **Representing:**<br>**CEP America - Illinois, P.C.** | | | | **Notice Only** |

Sheet no. __5__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,584.86**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**                                          Case No. _____
         **BECKY A. JURIS**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4266841108725514** <br><br> **Chase / Chase Bank USA, N.A.** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | J | **Opened  8/09/06  Last Active  4/22/11** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **2,139.00** |
| Account No. **4104140024207152** <br><br> **Chase / Chase Bank USA, N.A.** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | J | **Opened  8/26/04  Last Active  5/02/08** <br> **Credit account** | | | | **Unknown** |
| Account No. **011294451-03-6018** <br><br> **Chase / Chase Bank USA, N.A.** <br> **c/o Valentine & Kebartas, Inc.** <br> **PO Box 325** <br> **Lawrence, MA 01842** | | J | **2008 - 2010** <br> **Claim for balance due on credit account** | | | | **2,339.09** |
| Account No. <br><br> **Chase / Chase Bank USA, N.A.** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | | **Representing:** <br> **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. **011294451-03-6075** <br><br> **Chase / Chase Bank USA, N.A.** <br> **c/o Valentine & Kebartas, Inc.** <br> **PO Box 325** <br> **Lawrence, MA 01842** | | J | **2008 - 2010** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **2,239.09** |

Sheet no. __6__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **6,717.18**

B6F (Official Form 6F) (12/07) - Cont.

In re     **BRIAN M. JURIS,**
          **BECKY A. JURIS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10210641** <br><br> **Children's Memorial Hospital** <br>**Children's Memorial Medical Center** <br>**PO Box 4051** <br>**Carol Stream, IL 60197** | | J | on or about 2011 <br>Medical services | | | | 1,500.00 |
| Account No. **various** <br><br> **Children's Memorial Hospital** <br>**Children's Memorial Medical Center** <br>**PO Box 4051** <br>**Carol Stream, IL 60197** | | J | various dates <br>Medical services | | | | **Unknown** |
| Account No. **5049-9413-7321-0282** <br><br> **Citibank (South Dakota), N.A.** <br>**Sears Premier Card** <br>**P.O. Box 6497** <br>**Sioux Falls, SD 57117** | | J | 2008 - 2010 <br>Claim for balance due on credit account | | | | 1,631.95 |
| Account No. <br><br> **J.C. Christensen & Associates** <br>**P.O. Box 519** <br>**Sauk Rapids, MN 56379** | | | Representing: <br>Citibank (South Dakota), N.A. | | | | **Notice Only** |
| Account No. **383806271 / 8465357** <br><br> **Citibank (South Dakota), N.A.** <br>**c/o Weltman, Weinberg & Reis Co.** <br>**323 W. Lakeside Avenue, Ste 200** <br>**Cleveland, OH 44113** | | J | on or about 2008 - 2010 <br>Claim for balance due on account | | | | 3,862.70 |

Sheet no. __7__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,994.65**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
        **BECKY A. JURIS**,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035264001587821**<br><br>**Citibank (South Dakota), N.A.**<br>**c/o MRS Associates, Inc.**<br>**1930 Olney Avenue**<br>**Cherry Hill, NJ 08003** | | J | on or about 2008 - 2010<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **3,636.68** |
| Account No. **10210641**<br><br>**Coker, Mobolanle**<br>**c/o Pediatric Faculty Foundation In**<br>**PO Box 4051**<br>**Carol Stream, IL 60197** | | J | on or about 2011<br>**Medical services** | | | | **1,500.00** |
| Account No. **08819423578**<br><br>**Columbia House**<br>**Columbia House Deals**<br>**1400 N. Fruitridge Avenue**<br>**Terre Haute, IN 47811** | | J | on or about 2005 - 2012<br>**Claim for balance due on service account** | | | | **10.96** |
| Account No.<br><br>**AIS Services, LLC**<br>**8996 Miramar Road, Ste. 220**<br>**San Diego, CA 92126** | | | **Representing:**<br>**Columbia House** | | | | **Notice Only** |
| Account No.<br><br>**Allied Interstate, LLC**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** | | | **Representing:**<br>**Columbia House** | | | | **Notice Only** |

Sheet no. __8__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,147.64**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**                        Case No. _____

       **BECKY A. JURIS**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W J C | | | | | |
| Account No. | | | | Representing: Columbia House | | | | |
| **Allied Interstate, LLC PO Box 4000 Warrenton, VA 20188** | | | | | | | | **Notice Only** |
| Account No. **92650853091E00120081016** | | W | | Opened 10/16/08  Last Active 12/01/10 Educational loan | | | | |
| **Dept. of Education / Sallie Mae Po Box 9635 Wilkes Barre, PA 18773** | | | | | | | | **14,510.00** |
| Account No. **92650853091E00220090706** | | W | | Opened  7/06/09  Last Active 12/01/10 Educational loan | | | | |
| **Dept. of Education / Sallie Mae Po Box 9635 Wilkes Barre, PA 18773** | | | | | | | | **3,910.00** |
| Account No. **92650853091E00320091020** | | W | | Opened 10/20/09  Last Active 12/01/10 Educational loan | | | | |
| **Dept. of Education / Sallie Mae Po Box 9635 Wilkes Barre, PA 18773** | | | | | | | | **3,839.00** |
| Account No. **92650853091E01120100505** | | W | | Opened  5/05/10  Last Active  3/01/11 Educational loan | | | | |
| **Dept. of Education / Sallie Mae Po Box 9635 Wilkes Barre, PA 18773** | | | | | | | | **1,431.00** |

Sheet no. __9___ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,690.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
     **BECKY A. JURIS,**
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **92650853091E00520100107** <br><br> Dept. of Education / Sallie Mae <br> Po Box 9635 <br> Wilkes Barre, PA 18773 | | W | Opened  1/07/10  Last Active 12/01/10 <br> Educational loan | | | | 968.00 |
| Account No. **92650853091E00420100107** <br><br> Dept. of Education / Sallie Mae <br> Po Box 9635 <br> Wilkes Barre, PA 18773 | | W | Opened  1/07/10  Last Active 12/01/10 <br> Educational loan | | | | 241.00 |
| Account No. **92650853091E00120081016** <br><br> Dept. of Education / Sallie Mae <br> Po Box 9635 <br> Wilkes Barre, PA 18773 | | W | Opened 10/16/08  Last Active 12/01/10 <br> Educational loan | | | | 14,510.00 |
| Account No. **92650853091E00220090706** <br><br> Dept. of Education / Sallie Mae <br> Po Box 9635 <br> Wilkes Barre, PA 18773 | | W | Opened  7/06/09  Last Active 12/01/10 <br> Educational loan | | | | 3,910.00 |
| Account No. **92650853091E00320091020** <br><br> Dept. of Education / Sallie Mae <br> Po Box 9635 <br> Wilkes Barre, PA 18773 | | W | Opened 10/20/09  Last Active 12/01/10 <br> Educational loan | | | | 3,839.00 |

Sheet no. __**10**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,468.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
       **BECKY A. JURIS,**

Case No. _____

_____,
              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **92650853091E00920030825** <br><br>Dept. of Education / Sallie Mae<br>Po Box 9635<br>Wilkes Barre, PA 18773 | | W | **Opened  8/25/03  Last Active  3/01/11**<br>**Educational loan** | | | | 3,138.00 |
| Account No. **92650853091E00620021031** <br><br>Dept. of Education / Sallie Mae<br>Po Box 9635<br>Wilkes Barre, PA 18773 | | W | **Opened 10/31/02  Last Active  3/01/11**<br>**Educational loan** | | | | 2,648.00 |
| Account No. **92650853091E01020040823** <br><br>Dept. of Education / Sallie Mae<br>Po Box 9635<br>Wilkes Barre, PA 18773 | | W | **Opened  8/23/04  Last Active  3/01/11**<br>**Educational loan** | | | | 1,999.00 |
| Account No. **92650853091E00820040823** <br><br>Dept. of Education / Sallie Mae<br>Po Box 9635<br>Wilkes Barre, PA 18773 | | W | **Opened  8/23/04  Last Active  3/01/11**<br>**Educational loan** | | | | 1,945.00 |
| Account No. **92650853091E01120100505** <br><br>Dept. of Education / Sallie Mae<br>Po Box 9635<br>Wilkes Barre, PA 18773 | | W | **Opened  5/05/10  Last Active  3/01/11**<br>**Educational loan** | | | | 1,431.00 |

Sheet no. __11__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,161.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
         **BECKY A. JURIS,**                                                Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **92650853091E00520100107**<br><br>**Dept. of Education / Sallie Mae**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | | W | **Opened  1/07/10  Last Active 12/01/10**<br>**Educational loan** | | | | 968.00 |
| Account No. **92650853091E00420100107**<br><br>**Dept. of Education / Sallie Mae**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | | W | **Opened  1/07/10  Last Active 12/01/10**<br>**Educational loan** | | | | 241.00 |
| Account No. **92650853091E00720030825**<br><br>**Dept. of Education / Sallie Mae**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | | W | **Opened  8/25/03  Last Active  3/01/11**<br>**Educational loan** | | | | 211.00 |
| Account No. **802 486597 7**<br><br>**DialAmerica Marketing, Inc.**<br>**511 E. John Carpenter Frwy**<br>**Suite 700**<br>**Irving, TX 75062** | | J | **on or about 2011 - 2012**<br>**Misc. purchases of merchandise and/or services on credit** | | | | 24.95 |
| Account No. **7598**<br><br>**Elmhurst Dental Care**<br>**333 West First Street**<br>**Elmhurst, IL 60126** | | H | **on or about 2010 - 2012**<br>**Dental services** | | | | 1,938.47 |

Sheet no. __12__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,383.42**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
       **BECKY A. JURIS**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Certified Services, Inc.** 1733 Washington Street, Ste. 201 Waukegan, IL 60085 | | | | Representing: Elmhurst Dental Care | | | | Notice Only |
| Account No. 7575 **Elmhurst Dental Care** 333 West First Street Elmhurst, IL 60126 | | W | | on or about 2010 - 2012 Dental services | | | | 668.22 |
| Account No. **Certified Services, Inc.** 1733 Washington Street, Ste. 201 Waukegan, IL 60085 | | | | Representing: Elmhurst Dental Care | | | | Notice Only |
| Account No. FOX 318954 **Fox Valley Lab Physicians S.C.** PO Box 5133 Chicago, IL 60680 | | J | | on or about 4/12/2011 Medical services | | | | 37.00 |
| Account No. FOX 319446 **Fox Valley Lab Physicians S.C.** PO Box 5133 Chicago, IL 60680 | | J | | on or about 4/18/2011 Medical services | | | | 22.80 |

Sheet no. __**13**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

728.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
    **BECKY A. JURIS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various**<br><br>**Fox Valley Lab Physicians S.C.**<br>**PO Box 5133**<br>**Chicago, IL 60680** | | J | **various dates**<br>**Medical services** | | | | **Unknown** |
| Account No. **6035264001587821**<br><br>**Frdf / Citibank SD**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | H | **Opened 5/06/06 Last Active 8/28/08**<br>**Claim for balance due on credit account** | | | | **3,634.00** |
| Account No. **6019180379374917**<br><br>**GE Money Bank / Care Credit**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | | W | **Opened 9/03/06 Last Active 7/31/08**<br>**Claim for balance due on account** | | | | **6,976.39** |
| Account No.<br><br>**Asset Recovery Solutions, LLC**<br>**2200 E. Devon Avenue, Ste. 200**<br>**Des Plaines, IL 60018** | | | **Representing:**<br>**GE Money Bank / Care Credit** | | | | **Notice Only** |
| Account No.<br><br>**National Enterprise Systems**<br>**29125 Solon Road**<br>**Solon, OH 44139** | | | **Representing:**<br>**GE Money Bank / Care Credit** | | | | **Notice Only** |

Sheet no. __**14**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,610.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
**BECKY A. JURIS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NES of Ohio** <br> **29125 Solon Road** <br> **Solon, OH 44139** | | | | Representing: <br> **GE Money Bank / Care Credit** | | | | **Notice Only** |
| Account No. <br><br> **Tate & Kirlin Associates** <br> **2810 Southhampton Road** <br> **Philadelphia, PA 19154** | | | | Representing: <br> **GE Money Bank / Care Credit** | | | | **Notice Only** |
| Account No. 6019180384614810 <br><br> **GE Money Bank / Care Credit** <br> **Attn:  Bankruptcy Dept.** <br> **P.O. Box 103106** <br> **Roswell, GA 30076** | | H | | **Opened 10/26/06  Last Active  7/31/08** <br> **Misc. purchases of merchandise and/or services on credit** | | | | **970.12** |
| Account No. <br><br> **Asset Recovery Solutions, LLC** <br> **2200 E. Devon Avenue, Ste. 200** <br> **Des Plaines, IL 60018** | | | | Representing: <br> **GE Money Bank / Care Credit** | | | | **Notice Only** |
| Account No. <br><br> **National Enterprise Systems** <br> **29125 Solon Road** <br> **Solon, OH 44139** | | | | Representing: <br> **GE Money Bank / Care Credit** | | | | **Notice Only** |

Sheet no. __15__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**970.12**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**                                              Case No. _____
       **BECKY A. JURIS**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Nelson, Watson & Associates, LLC**<br>**80 Merrimack Street Lower Level**<br>**Haverhill, MA 01830** | | | **Representing:**<br>**GE Money Bank / Care Credit** | | | | **Notice Only** |
| Account No. <br><br>**NES of Ohio**<br>**29125 Solon Road**<br>**Solon, OH 44139** | | | **Representing:**<br>**GE Money Bank / Care Credit** | | | | **Notice Only** |
| Account No. <br><br>**Tate & Kirlin Associates**<br>**2810 Southhampton Road**<br>**Philadelphia, PA 19154** | | | **Representing:**<br>**GE Money Bank / Care Credit** | | | | **Notice Only** |
| Account No. 00213077001<br><br>**Great American Home Baking**<br>**PO Box 26599**<br>**Lehigh Valley, PA 18002** | | J | on or about 2010 - 2011<br>**Misc. purchases of merchandise and/or services on credit** | | | | **52.77** |
| Account No. <br><br>**North Shore Agency**<br>**4000 East 5th Avenue**<br>**Columbus, OH 43219** | | | **Representing:**<br>**Great American Home Baking** | | | | **Notice Only** |

Sheet no. __16__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **52.77** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **BRIAN M. JURIS,**
      **BECKY A. JURIS**

Case No. _____

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 2803547<br><br>Greater Elgin Emergency Specialists<br>PO Box 1509<br>Elgin, IL 60121 | | W | | Opened 11/13/08  Last Active  4/01/08<br>Medical treatment and services | | | | 163.00 |
| Account No.<br><br>Creditors Collection Bureau, Inc.<br>755 Almar Parkway<br>Bourbonnais, IL 60914 | | | | Representing:<br>Greater Elgin Emergency Specialists | | | | Notice Only |
| Account No. 2787119<br><br>Greater Elgin Emergency Specialists<br>PO Box 1509<br>Elgin, IL 60121 | | W | | Opened 10/28/08  Last Active  6/01/08<br>Medical treatment and services | | | | 142.00 |
| Account No.<br><br>Creditors Collection Bureau, Inc.<br>755 Almar Parkway<br>Bourbonnais, IL 60914 | | | | Representing:<br>Greater Elgin Emergency Specialists | | | | Notice Only |
| Account No. 3179087<br><br>Greater Elgin Emergency Specialists<br>PO Box 1509<br>Elgin, IL 60121 | | W | | Opened  9/03/09  Last Active  3/01/09<br>Medical treatment and services | | | | 99.00 |

Sheet no. __17__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

404.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
        **BECKY A. JURIS**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creditors Collection Bureau, Inc.** <br> **755 Almar Parkway** <br> **Bourbonnais, IL 60914** | | | **Representing:** <br> **Greater Elgin Emergency Specialists** | | | | **Notice Only** |
| Account No. 2732368 <br><br> **Greater Elgin Emergency Specialists** <br> **PO Box 1509** <br> **Elgin, IL 60121** | | W | **Opened 8/18/08 Last Active 2/01/08** <br> **Medical treatment and services** | | | | **95.00** |
| Account No. <br><br> **Creditors Collection Bureau, Inc.** <br> **755 Almar Parkway** <br> **Bourbonnais, IL 60914** | | | **Representing:** <br> **Greater Elgin Emergency Specialists** | | | | **Notice Only** |
| Account No. 2732369 <br><br> **Greater Elgin Emergency Specialists** <br> **PO Box 1509** <br> **Elgin, IL 60121** | | W | **Opened 8/18/08 Last Active 4/01/08** <br> **Medical treatment and services** | | | | **95.00** |
| Account No. <br><br> **Creditors Collection Bureau, Inc.** <br> **755 Almar Parkway** <br> **Bourbonnais, IL 60914** | | | **Representing:** <br> **Greater Elgin Emergency Specialists** | | | | **Notice Only** |

Sheet no. __18__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**190.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **BRIAN M. JURIS,**
     **BECKY A. JURIS,**

Case No. _____

_____,
                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br> **Greater Elgin Emergency Specialists** <br> **PO Box 1509** <br> **Elgin, IL 60121** | | J | **various dates** <br> **Medical services** | | | | **Unknown** |
| Account No. <br><br> **Creditors Collection Bureau,  Inc.** <br> **755 Almar Parkway** <br> **Bourbonnais, IL 60914** | | | **Representing:** <br> **Greater Elgin Emergency Specialists** | | | | **Notice Only** |
| Account No. **10210641** <br><br> **Hogg, Jeannine E.** <br> **c/o Pediatric Faculty Foundation In** <br> **PO Box 4051** <br> **Carol Stream, IL 60197** | | J | **on or about 2011** <br> **Medical services** | | | | **1,500.00** |
| Account No. **225821677-307** <br><br> **Home Clubs / Scholastic, Inc.** <br> **My Very First Winnie The Pooh** <br> **3030 Robinson Road** <br> **Jefferson City, MO 65111** | | J | **on or about 2007 - 2009** <br> **Misc. purchases of merchandise and/or services on credit** | | | | **85.84** |
| Account No. <br><br> **Scholastic, Inc.** <br> **2931 East McCarty Street** <br> **Jefferson City, MO 65101** | | | **Representing:** <br> **Home Clubs / Scholastic, Inc.** | | | | **Notice Only** |

Sheet no. __**19**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,585.84**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
       **BECKY A. JURIS**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Scholastic, Inc.** **557 Broadway** **New York, NY 10012** | | | **Representing:** **Home Clubs / Scholastic, Inc.** | | | | **Notice Only** |
| Account No. **5491100012300284** **HSBC Bank** **Po Box 5253** **Carol Stream, IL 60197** | | J | **Opened 8/22/06 Last Active 9/01/08** **Charge Account** | | | | **0.00** |
| Account No. **HSBC Bank / HSBC Card Services** **c/o Portfolio Recovery Associates** **P.O. Box 12914** **Norfolk, VA 23541** | | J | **2008 - 2010** **Claim for balancxe due on credit account** | | | | **Unknown** |
| Account No. **Claimant ID 4657798** **IL. Dept. of Employment Security** **Benefits Repayments** **PO Box 19286** **Springfield, IL 62794** | | H | **on or about 2009 - 2012** **Claim for overpayments** | | | | **2,933.00** |
| Account No. **I.D.E.S** **Benefit Repayments** **PO Box 6996** **Chicago, IL 60680** | | | **Representing:** **IL. Dept. of Employment Security** | | | | **Notice Only** |

Sheet no. __**20**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,933.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
        **BECKY A. JURIS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**IL Dept. of Employmant Security**<br>**PO Box 4385**<br>**Chicago, IL 60605** | | | Representing:<br>IL.  Dept. of Employment Security | | | | **Notice Only** |
| Account No. **ID No. 00004223027427** <br><br>**IL.  Dept. of Employment Security**<br>**Benefits Repayments**<br>**PO Box 19286**<br>**Springfield, IL 62794** | | J | on or about 2009 - 2012<br>Claim for overpayments | | | | **268.54** |
| Account No. <br><br>**I.D.E.S**<br>**Benefit Repayments**<br>**PO Box 6996**<br>**Chicago, IL 60680** | | | Representing:<br>IL.  Dept. of Employment Security | | | | **Notice Only** |
| Account No. <br><br>**IL Dept. of Employmant Security**<br>**PO Box 4385**<br>**Chicago, IL 60605** | | | Representing:<br>IL.  Dept. of Employment Security | | | | **Notice Only** |
| Account No. **00213077001** <br><br>**IMP Customer Service**<br>**PO Box 26596**<br>**Lehigh Valley, PA 18002** | | J | on or about 2010 - 2011<br>Misc. purchases of merchandise and/or services on credit | | | | **52.77** |

Sheet no. __21__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**321.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
      **BECKY A. JURIS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**North Shore Agency** <br>**4000 East 5th Avenue** <br>**Columbus, OH 43219** | | | Representing: <br>IMP Customer Service | | | | **Notice Only** |
| Account No. <br><br>**Jaeschke, Sandra, N.P.** <br>**Sherman Family Algonquin** <br>**600 S. Randall Road** <br>**Algonquin, IL 60102** | | J | on or about 2009 <br>**Medical services** | | | | **141.00** |
| Account No. 5049941373210282 <br><br>**LVNV Funding, LLC** <br>**PO Box 740281** <br>**Houston, TX 77274** | | W | Opened 10/06/09  Last Active  4/26/11 <br>Claim for balance due on credit account <br>acquired from Citibank / Sears Premier Card | | | | **1,631.95** |
| Account No. <br><br>**Baker & Miller, P.C.** <br>**29 N. Wacker Drive, Ste. 500** <br>**Chicago, IL 60606** | | | Representing: <br>LVNV Funding, LLC | | | | **Notice Only** |
| Account No. <br><br>**J.C. Christensen & Associates** <br>**P.O. Box 519** <br>**Sauk Rapids, MN 56379** | | | Representing: <br>LVNV Funding, LLC | | | | **Notice Only** |

Sheet no. __22__ of __57__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,772.95**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
      **BECKY A. JURIS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MRS Associates, Inc.**<br>**1930 Olney Avenue**<br>**Cherry Hill, NJ 08003** | | | **Representing:**<br>**LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br>**Nelson, Watson & Associates, LLC**<br>**80 Merrimack Street Lower Level**<br>**Haverhill, MA 01830** | | | **Representing:**<br>**LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br>**Richard J. Boudreau & Assoc.**<br>**5 Industrial Way**<br>**Salem, NH 03079** | | | **Representing:**<br>**LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br>**Weltman, Weinberg & Reis Co.**<br>**323 W. Lakeside Avenue**<br>**Suite 200**<br>**Cleveland, OH 44113** | | | **Representing:**<br>**LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br>**Weltman, Weinberg & Reis Co., L.P.A**<br>**PO Box 93596**<br>**Cleveland, OH 44101** | | | **Representing:**<br>**LVNV Funding, LLC** | | | | **Notice Only** |

Sheet no. __23__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
     **BECKY A. JURIS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Weltman, Weinberg & Reis Co., L.P.A** <br>**PO Box 93784** <br>**Cleveland, OH 44101** | | | **Representing:** <br>**LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br>**Weltman, Weinberg & Reis Co., LPA** <br>**180 N. LaSalle Street, Ste. 2400** <br>**Chicago, IL 60601** | | | **Representing:** <br>**LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. **6035320250611694** <br><br>**LVNV Funding, LLC** <br>**PO Box 740281** <br>**Houston, TX 77274** | | W | **Opened  7/01/09  Last Active  3/25/11** <br>**Claim for balance due on credit account** <br>**acquired from Citibank / The Home Depot** | | | | **835.03** |
| Account No. <br><br>**Baker & Miller, P.C.** <br>**29 N. Wacker Drive, Ste. 500** <br>**Chicago, IL 60606** | | | **Representing:** <br>**LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br>**J.C. Christensen & Associates** <br>**P.O. Box 519** <br>**Sauk Rapids, MN 56379** | | | **Representing:** <br>**LVNV Funding, LLC** | | | | **Notice Only** |

Sheet no. __24__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**835.03**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
        **BECKY A. JURIS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| MRS Associates, Inc. 1930 Olney Avenue Cherry Hill, NJ 08003 | | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. | | | | | | | | |
| Nelson, Watson & Associates, LLC 80 Merrimack Street Lower Level Haverhill, MA 01830 | | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. | | | | | | | | |
| Richard J. Boudreau & Assoc. 5 Industrial Way Salem, NH 03079 | | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. | | | | | | | | |
| Weltman, Weinberg & Reis Co. 323 W. Lakeside Avenue Suite 200 Cleveland, OH 44113 | | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. | | | | | | | | |
| Weltman, Weinberg & Reis Co., L.P.A PO Box 93596 Cleveland, OH 44101 | | | | Representing: LVNV Funding, LLC | | | | Notice Only |

Sheet no. __25__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
      **BECKY A. JURIS**
                                         ,
                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. <br><br> **Weltman, Weinberg & Reis Co., L.P.A** <br> **PO Box 93784** <br> **Cleveland, OH 44101** | | | | | **Representing:** <br> **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br> **Weltman, Weinberg & Reis Co., LPA** <br> **180 N. LaSalle Street, Ste. 2400** <br> **Chicago, IL 60601** | | | | | **Representing:** <br> **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. **6035264001587821** <br><br> **LVNV Funding, LLC** <br> **PO Box 740281** <br> **Houston, TX 77274** | H | | | | **Opened 3/25/10  Last Active 6/25/10** <br> **Claim for balance due on credit account** <br> **acquired from Citibank / Fred Meyer** | | | | **Unknown** |
| Account No. <br><br> **Baker & Miller, P.C.** <br> **29 N. Wacker Drive, Ste. 500** <br> **Chicago, IL 60606** | | | | | **Representing:** <br> **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br> **J.C. Christensen & Associates** <br> **P.O. Box 519** <br> **Sauk Rapids, MN 56379** | | | | | **Representing:** <br> **LVNV Funding, LLC** | | | | **Notice Only** |

Sheet no. __26__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
      **BECKY A. JURIS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MRS Associates, Inc. 1930 Olney Avenue Cherry Hill, NJ 08003** | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. **Nelson, Watson & Associates, LLC 80 Merrimack Street Lower Level Haverhill, MA 01830** | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. **Richard J. Boudreau & Assoc. 5 Industrial Way Salem, NH 03079** | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. **Weltman, Weinberg & Reis Co. 323 W. Lakeside Avenue Suite 200 Cleveland, OH 44113** | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. **Weltman, Weinberg & Reis Co., L.P.A PO Box 93596 Cleveland, OH 44101** | | | Representing: LVNV Funding, LLC | | | | Notice Only |

Sheet no. __27__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
       **BECKY A. JURIS,**
                                                     ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Weltman, Weinberg & Reis Co., L.P.A** <br>**PO Box 93784** <br>**Cleveland, OH 44101** | | | | **Representing:** <br>**LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br>**Weltman, Weinberg & Reis Co., LPA** <br>**180 N. LaSalle Street, Ste. 2400** <br>**Chicago, IL 60601** | | | | **Representing:** <br>**LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. **383806271 / 8465357** <br><br>**LVNV Funding, LLC** <br>**PO Box 740281** <br>**Houston, TX 77274** | | J | | **on or about 2008 - 2010** <br>**Claim for balance due on account acquired from Citibank (South Dakota), N.A.** | | | | **3,862.70** |
| Account No. <br><br>**Baker & Miller, P.C.** <br>**29 N. Wacker Drive, Ste. 500** <br>**Chicago, IL 60606** | | | | **Representing:** <br>**LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br>**MRS Associates, Inc.** <br>**1930 Olney Avenue** <br>**Cherry Hill, NJ 08003** | | | | **Representing:** <br>**LVNV Funding, LLC** | | | | **Notice Only** |

Sheet no. __**28**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,862.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
    **BECKY A. JURIS,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Nelson, Watson & Associates, LLC** **80 Merrimack Street Lower Level** **Haverhill, MA 01830** | | | | **Representing:** **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Richard J. Boudreau & Assoc.** **5 Industrial Way** **Salem, NH 03079** | | | | **Representing:** **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Weltman, Weinberg & Reis Co.** **323 W. Lakeside Avenue** **Suite 200** **Cleveland, OH 44113** | | | | **Representing:** **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Weltman, Weinberg & Reis Co., L.P.A** **PO Box 93596** **Cleveland, OH 44101** | | | | **Representing:** **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Weltman, Weinberg & Reis Co., LPA** **180 N. LaSalle Street, Ste. 2400** **Chicago, IL 60601** | | | | **Representing:** **LVNV Funding, LLC** | | | | **Notice Only** |

Sheet no. __**29**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
       **BECKY A. JURIS**

Case No. _____

                                         ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035264001587821** <br><br> **LVNV Funding, LLC** <br> **PO Box 740281** <br> **Houston, TX 77274** | | J | on or about 2008 - 2010 <br> **Claim for balance due on account acquired from Citibank (South Dakota), N.A.** | | | | **3,636.68** |
| Account No. <br><br> **Baker & Miller, P.C.** <br> **29 N. Wacker Drive, Ste. 500** <br> **Chicago, IL 60606** | | | Representing: <br> **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br> **MRS Associates of New Jersey** <br> **MRS Associates, Inc.** <br> **1930 Olney Avenue** <br> **Cherry Hill, NJ 08003** | | | Representing: <br> **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br> **Nelson, Watson & Associates, LLC** <br> **80 Merrimack Street Lower Level** <br> **Haverhill, MA 01830** | | | Representing: <br> **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. <br><br> **Richard J. Boudreau & Assoc.** <br> **5 Industrial Way** <br> **Salem, NH 03079** | | | Representing: <br> **LVNV Funding, LLC** | | | | **Notice Only** |

Sheet no. **30** of **57** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,636.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**                                          Case No. _____
         **BECKY A. JURIS**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Weltman, Weinberg & Reis Co. 323 W. Lakeside Avenue Suite 200 Cleveland, OH 44113 | | | | Representing: LVNV Funding, LLC | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Weltman, Weinberg & Reis Co., L.P.A PO Box 93596 Cleveland, OH 44101 | | | | Representing: LVNV Funding, LLC | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Weltman, Weinberg & Reis Co., L.P.A PO Box 93784 Cleveland, OH 44101 | | | | Representing: LVNV Funding, LLC | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Weltman, Weinberg & Reis Co., LPA 180 N. LaSalle Street, Ste. 2400 Chicago, IL 60601 | | | | Representing: LVNV Funding, LLC | | | | **Notice Only** |
| Account No. 6019180384614810 | | J | | **on or about 2004 - 2012 Claim for balance due on account acquired from Ge Money Bank** | | | | |
| LVNV Funding, LLC PO Box 740281 Houston, TX 77274 | | | | | | | | **971.23** |

Sheet no. __31__ of __57__ sheets attached to Schedule of              Subtotal                                971.23
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
**BECKY A. JURIS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **Baker & Miller, P.C.** **29 N. Wacker Drive, Ste. 500** **Chicago, IL 60606** | | | | Representing: **LVNV Funding, LLC** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **MRS Associates of New Jersey** **MRS Associates, Inc.** **1930 Olney Avenue** **Cherry Hill, NJ 08003** | | | | Representing: **LVNV Funding, LLC** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Nelson, Watson & Associates, LLC** **80 Merrimack Street Lower Level** **Haverhill, MA 01830** | | | | Representing: **LVNV Funding, LLC** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Weltman, Weinberg & Reis Co.** **323 W. Lakeside Avenue** **Suite 200** **Cleveland, OH 44113** | | | | Representing: **LVNV Funding, LLC** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Weltman, Weinberg & Reis Co., L.P.A** **PO Box 93596** **Cleveland, OH 44101** | | | | Representing: **LVNV Funding, LLC** | | | | **Notice Only** |

Sheet no. __32__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **BRIAN M. JURIS,**
       **BECKY A. JURIS**                                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| Weltman, Weinberg & Reis Co., L.P.A PO Box 93784 Cleveland, OH 44101 | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. | | | | | | | |
| Weltman, Weinberg & Reis Co., LPA 180 N. LaSalle Street, Ste. 2400 Chicago, IL 60601 | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. | | | on or about 2004 - 2012 Claim for balance due on credit account | | | | |
| LVNV Funding, LLC PO Box 740281 Houston, TX 77274 | J | | | | | | 254.31 |
| Account No. | | | | | | | |
| Baker & Miller, P.C. 29 N. Wacker Drive, Ste. 500 Chicago, IL 60606 | | | Representing: LVNV Funding, LLC | | | | Notice Only |
| Account No. | | | | | | | |
| MRS Associates of New Jersey MRS Associates, Inc. 1930 Olney Avenue Cherry Hill, NJ 08003 | | | Representing: LVNV Funding, LLC | | | | Notice Only |

Sheet no. __33__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        254.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
      **BECKY A. JURIS,**

Case No. _____

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Nelson, Watson & Associates, LLC** **80 Merrimack Street Lower Level** **Haverhill, MA 01830** | | | **Representing:** **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Weltman, Weinberg & Reis Co.** **323 W. Lakeside Avenue** **Suite 200** **Cleveland, OH 44113** | | | **Representing:** **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Weltman, Weinberg & Reis Co., L.P.A** **PO Box 93596** **Cleveland, OH 44101** | | | **Representing:** **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Weltman, Weinberg & Reis Co., LPA** **180 N. LaSalle Street, Ste. 2400** **Chicago, IL 60601** | | | **Representing:** **LVNV Funding, LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Weltman, Weinberg & Reis Co., LPA** **180 N. LaSalle Street, Ste. 2400** **Chicago, IL 60601** | | | **Representing:** **LVNV Funding, LLC** | | | | **Notice Only** |

Sheet no. __34__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
     **BECKY A. JURIS**

                                               ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **802 486597 7**<br><br>**Mothers Against Drunk Driving**<br>**PO Box 892**<br>**Mahwah, NJ 07430** | | J | on or about 2011 - 2012<br>**Misc. purchases of merchandise and/or services on credit** | | | | 24.95 |
| Account No. **225821677-307**<br><br>**My Very First Winnie The Pooh**<br>**PO Box 6002**<br>**Jefferson City, MO 65102** | | J | on or about 2007 - 2009<br>**Misc. purchases of merchandise and/or services on credit** | | | | 85.54 |
| Account No.<br><br>**Home Clubs / Scholastic, Inc.**<br>**My Very First Winnie The Pooh**<br>**3030 Robinson Road**<br>**Jefferson City, MO 65111** | | | Representing:<br>**My Very First Winnie The Pooh** | | | | Notice Only |
| Account No.<br><br>**Scholastic, Inc.**<br>**2931 East McCarty Street**<br>**Jefferson City, MO 65101** | | | Representing:<br>**My Very First Winnie The Pooh** | | | | Notice Only |
| Account No.<br><br>**Scholastic, Inc.**<br>**557 Broadway**<br>**New York, NY 10012** | | | Representing:<br>**My Very First Winnie The Pooh** | | | | Notice Only |

Sheet no. __**35**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**110.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**                                                          Case No. _____
         **BECKY A. JURIS**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Narula, Neelam, M.D.**<br>**2971 W. Algonquin Road, Ste. 105**<br>**Algonquin, IL 60102** | | J | **on or about 2008 - 2010**<br>**Medical services** | | | | 150.00 |
| Account No.  <br><br>**Metropolitan Collection Bureau, Inc**<br>**3149 Dundee Road, #277**<br>**Northbrook, IL 60062** | | | **Representing:**<br>**Narula, Neelam, M.D.** | | | | Notice Only |
| Account No.  **Patient # S45353**<br><br>**Pamorn Kulsakdinun**<br>**Sherman Analytics**<br>**PO Box 1538**<br>**Elgin, IL 60121** | | J | **on or about 2010**<br>**Medical services** | | | | 81.96 |
| Account No.  <br><br>**MiraMed Revenue Group**<br>**Dept. 77304**<br>**P.O. Box 77000**<br>**Detroit, MI 48277-0304** | | | **Representing:**<br>**Pamorn Kulsakdinun** | | | | Notice Only |
| Account No.  **10210641**<br><br>**Parker, Christine M.**<br>**c/o Pediatric Faculty Foundation In**<br>**PO Box 4051**<br>**Carol Stream, IL 60197** | | J | **on or about 2011**<br>**Medical services** | | | | 1,500.00 |

Sheet no. __36__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 1,731.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**                                    Case No. _____
      **BECKY A. JURIS**

                                              ,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Zout148988<br><br>**Pediatric Faculty Foundation, Inc.**<br>**2300 Childrens Plaza, Box #64**<br>**Chicago, IL 60614** | | J | **on or about 2005 - 2012**<br>**Medical services** | | | | **918.00** |
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | | | **Representing:**<br>**Pediatric Faculty Foundation, Inc.** | | | | **Notice Only** |
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**8231 185th St., Ste 100**<br>**Tinley Park, IL 60477** | | | **Representing:**<br>**Pediatric Faculty Foundation, Inc.** | | | | **Notice Only** |
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL 60454** | | | **Representing:**<br>**Pediatric Faculty Foundation, Inc.** | | | | **Notice Only** |
| Account No. Zout148988<br><br>**Pediatric Faculty Foundation, Inc.**<br>**2300 Childrens Plaza, Box #64**<br>**Chicago, IL 60614** | | J | **on or about 2005 - 2012**<br>**Medical services** | | | | **582.00** |

Sheet no. __**37**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                    (Total of this page)    **1,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**                                          Case No. _____
       **BECKY A. JURIS**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **P.O. Box 1010** <br> **Tinley Park, IL 60477** | | | | **Representing:** <br> **Pediatric Faculty Foundation, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **8231 185th St., Ste 100** <br> **Tinley Park, IL 60487** | | | | **Representing:** <br> **Pediatric Faculty Foundation, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **PO Box 646** <br> **Oak Lawn, IL 60454** | | | | **Representing:** <br> **Pediatric Faculty Foundation, Inc.** | | | | **Notice Only** |
| Account No. **various** <br><br> **Pediatric Faculty Foundation, Inc.** <br> **2300 Childrens Plaza, Box #64** <br> **Chicago, IL 60614** | J | | | **on or about various dates** <br> **Medical services** | | | | **Unknown** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **P.O. Box 1010** <br> **Tinley Park, IL 60477** | | | | **Representing:** <br> **Pediatric Faculty Foundation, Inc.** | | | | **Notice Only** |

Sheet no. __**38**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
        **BECKY A. JURIS**                                          Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Illinois Collection Service Inc.** 8231 185th St., Ste 100 Tinley Park, IL 60487 | | | **Representing: Pediatric Faculty Foundation, Inc.** | | | | **Notice Only** |
| Account No. **Illinois Collection Service Inc.** PO Box 646 Oak Lawn, IL 60454 | | | **Representing: Pediatric Faculty Foundation, Inc.** | | | | **Notice Only** |
| Account No. **HSBC -91100012300284** **Portfolio Recovery Associates LLC** P.O. Box 12914 Norfolk, VA 23541 | | H | **Opened 9/22/09 Last Active 1/25/10 Collection on credit account / HSBC Card Services** | | | | **Unknown** |
| Account No. **3405 9334 2** **Puzzle Buzz** PO Box 4002862 Des Moines, IA 50340 | | J | **on orf about 2010 - 2012 Claim for balance due on account for services and/or merchandise purchased on credit** | | | | **26.20** |
| Account No. **5049-9413-7321-0282** **Resurgent Capital Services LP** c/o J.C. Christensen & Associates P.O. Box 519 Sauk Rapids, MN 56379 | | J | **2008 - 2010 Claim for balance due on credit account acquired from Citibank / Sears Premier Card** | | | | **1,631.95** |

Sheet no. __**39**__ of __**57**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,658.15**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
**BECKY A. JURIS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **9265085309100012005928** <br><br> **Sallie Mae** <br>**PO Box 9500** <br>**Wilkes Barre, PA 18773** | | W | | Opened  9/28/05  Last Active  4/12/11 <br>**Educational loan** | | | | **24,435.00** |
| Account No. <br><br> **Allied Interstate, LLC** <br>**Govt. Student Loan Svcs. Div.** <br>**12755 Highway 55, Ste. 300** <br>**Plymouth, MN 55441** | | | | Representing: <br>Sallie Mae | | | | **Notice Only** |
| Account No. <br><br> **SIMM Associates, Inc.** <br>**PO Box 7526** <br>**Newark, DE 19714** | | | | Representing: <br>Sallie Mae | | | | **Notice Only** |
| Account No. **965027631010002200506** <br><br> **Sallie Mae** <br>**PO Box 9500** <br>**Wilkes Barre, PA 18773** | | J | | Opened  6/16/05  Last Active  4/18/11 <br>**Educational loan** | | | | **9,362.00** |
| Account No. <br><br> **Allied Interstate, LLC** <br>**Govt. Student Loan Svcs. Div.** <br>**12755 Highway 55, Ste. 300** <br>**Plymouth, MN 55441** | | | | Representing: <br>Sallie Mae | | | | **Notice Only** |

Sheet no. __40__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,797.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**                                              Case No. _____
        **BECKY A. JURIS**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SIMM Associates, Inc.** <br> **PO Box 7526** <br> **Newark, DE 19714** | | | **Representing:** <br> **Sallie Mae** | | | | **Notice Only** |
| Account No. **9265085309100620070404** <br><br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773** | | W | **Opened 4/04/07 Last Active 12/01/10** <br> **Educational loan** | | | | **5,635.00** |
| Account No. <br><br> **Allied Interstate, LLC** <br> **Govt. Student Loan Svcs. Div.** <br> **12755 Highway 55, Ste. 300** <br> **Plymouth, MN 55441** | | | **Representing:** <br> **Sallie Mae** | | | | **Notice Only** |
| Account No. <br><br> **SIMM Associates, Inc.** <br> **PO Box 7526** <br> **Newark, DE 19714** | | | **Representing:** <br> **Sallie Mae** | | | | **Notice Only** |
| Account No. **9265085309100920080130** <br><br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773** | | W | **Opened 1/30/08 Last Active 12/01/10** <br> **Educational loan** | | | | **5,635.00** |

Sheet no. __41__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **11,270.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **BRIAN M. JURIS,**
       **BECKY A. JURIS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Allied Interstate, LLC** <br>**Govt. Student Loan Svcs. Div.** <br>**12755 Highway 55, Ste. 300** <br>**Plymouth, MN 55441** | | | **Representing:** <br>**Sallie Mae** | | | | **Notice Only** |
| Account No. <br><br>**SIMM Associates, Inc.** <br>**PO Box 7526** <br>**Newark, DE 19714** | | | **Representing:** <br>**Sallie Mae** | | | | **Notice Only** |
| Account No. **92650853091000720070719** <br><br>**Sallie Mae** <br>**PO Box 9500** <br>**Wilkes Barre, PA 18773** | | J | **Opened  7/19/07  Last Active  4/12/11** <br>**Educational loan** | | | | **4,835.00** |
| Account No. <br><br>**Allied Interstate, LLC** <br>**Govt. Student Loan Svcs. Div.** <br>**12755 Highway 55, Ste. 300** <br>**Plymouth, MN 55441** | | | **Representing:** <br>**Sallie Mae** | | | | **Notice Only** |
| Account No. <br><br>**SIMM Associates, Inc.** <br>**PO Box 7526** <br>**Newark, DE 19714** | | | **Representing:** <br>**Sallie Mae** | | | | **Notice Only** |

Sheet no. __**42**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,835.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**                                          Case No. _____
         **BECKY A. JURIS**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **9265085309100032006029** | | | | Opened 6/29/06 Last Active 4/12/11 Educational loan | | | | |
| **Sallie Mae** **PO Box 9500** **Wilkes Barre, PA 18773** | | W | | | | | | 3,645.00 |
| Account No. | | | | | | | | |
| **Allied Interstate, LLC** **Govt. Student Loan Svcs. Div.** **12755 Highway 55, Ste. 300** **Plymouth, MN 55441** | | | | Representing: Sallie Mae | | | | Notice Only |
| Account No. | | | | | | | | |
| **SIMM Associates, Inc.** **PO Box 7526** **Newark, DE 19714** | | | | Representing: Sallie Mae | | | | Notice Only |
| Account No. **9265085309100052007205** | | | | Opened 2/05/07 Last Active 12/01/10 Educational loan | | | | |
| **Sallie Mae** **PO Box 9500** **Wilkes Barre, PA 18773** | | W | | | | | | 3,586.00 |
| Account No. | | | | | | | | |
| **Allied Interstate, LLC** **Govt. Student Loan Svcs. Div.** **12755 Highway 55, Ste. 300** **Plymouth, MN 55441** | | | | Representing: Sallie Mae | | | | Notice Only |

Sheet no. __43__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                7,231.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
      **BECKY A. JURIS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**SIMM Associates, Inc.**<br>**PO Box 7526**<br>**Newark, DE 19714** | | | | **Representing:**<br>**Sallie Mae** | | | | **Notice Only** |
| Account No. **926508530910002200050929**<br><br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | W | | **Opened 9/29/05 Last Active 12/01/10**<br>**Educational loan** | | | | **3,531.00** |
| Account No. <br><br>**Allied Interstate, LLC**<br>**Govt. Student Loan Svcs. Div.**<br>**12755 Highway 55, Ste. 300**<br>**Plymouth, MN 55441** | | | | **Representing:**<br>**Sallie Mae** | | | | **Notice Only** |
| Account No. <br><br>**SIMM Associates, Inc.**<br>**PO Box 7526**<br>**Newark, DE 19714** | | | | **Representing:**<br>**Sallie Mae** | | | | **Notice Only** |
| Account No. **926508530910014200081016**<br><br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | W | | **Opened 10/16/08**<br>**Educational loan** | | | | **0.00** |

Sheet no. __44__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,531.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
      **BECKY A. JURIS,**

Case No. _____

_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allied Interstate, LLC**<br>**Govt. Student Loan Svcs. Div.**<br>**12755 Highway 55, Ste. 300**<br>**Plymouth, MN 55441** | | | **Representing:**<br>**Sallie Mae** | | | | **Notice Only** |
| Account No.<br><br>**SIMM Associates, Inc.**<br>**PO Box 7526**<br>**Newark, DE 19714** | | | **Representing:**<br>**Sallie Mae** | | | | **Notice Only** |
| Account No. **92650853091001520090706**<br><br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | W | **Opened 7/06/09**<br>**Educational loan** | | | | **0.00** |
| Account No.<br><br>**Allied Interstate, LLC**<br>**Govt. Student Loan Svcs. Div.**<br>**12755 Highway 55, Ste. 300**<br>**Plymouth, MN 55441** | | | **Representing:**<br>**Sallie Mae** | | | | **Notice Only** |
| Account No.<br><br>**SIMM Associates, Inc.**<br>**PO Box 7526**<br>**Newark, DE 19714** | | | **Representing:**<br>**Sallie Mae** | | | | **Notice Only** |

Sheet no. __**45**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
**BECKY A. JURIS,**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **92650853091001620091020** | | W | | Opened 10/20/09 Educational loan | | | | |
| **Sallie Mae PO Box 9500 Wilkes Barre, PA 18773** | | | | | | | | 0.00 |
| Account No. | | | | Representing: Sallie Mae | | | | |
| **Allied Interstate, LLC Govt. Student Loan Svcs. Div. 12755 Highway 55, Ste. 300 Plymouth, MN 55441** | | | | | | | | Notice Only |
| Account No. | | | | Representing: Sallie Mae | | | | |
| **SIMM Associates, Inc. PO Box 7526 Newark, DE 19714** | | | | | | | | Notice Only |
| Account No. **92650853091001720100107** | | W | | Opened  1/07/10 Educational loan | | | | |
| **Sallie Mae PO Box 9500 Wilkes Barre, PA 18773** | | | | | | | | 0.00 |
| Account No. | | | | Representing: Sallie Mae | | | | |
| **Allied Interstate, LLC Govt. Student Loan Svcs. Div. 12755 Highway 55, Ste. 300 Plymouth, MN 55441** | | | | | | | | Notice Only |

Sheet no. __46__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
    **BECKY A. JURIS**
                                              **,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>SIMM Associates, Inc.<br>PO Box 7526<br>Newark, DE 19714 | | | | Representing:<br>Sallie Mae | | | | **Notice Only** |
| Account No. **92650853091001820100107**<br><br>Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA 18773 | | W | | Opened  1/07/10<br>Educational loan | | | | **0.00** |
| Account No.<br><br>Allied Interstate, LLC<br>Govt. Student Loan Svcs. Div.<br>12755 Highway 55, Ste. 300<br>Plymouth, MN 55441 | | | | Representing:<br>Sallie Mae | | | | **Notice Only** |
| Account No.<br><br>SIMM Associates, Inc.<br>PO Box 7526<br>Newark, DE 19714 | | | | Representing:<br>Sallie Mae | | | | **Notice Only** |
| Account No. **9650276310-0102**<br><br>Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA 18773 | | J | | on or about 2004 - 2011<br>Educational loan | | | | **9,366.21** |

Sheet no. __**47**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,366.21**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
    **BECKY A. JURIS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Allied Interstate, LLC** <br> **Govt. Student Loan Svcs. Div.** <br> **12755 Highway 55, Ste. 300** <br> **Plymouth, MN 55441** | | | **Representing:** <br> **Sallie Mae** | | | | **Notice Only** |
| Account No. <br><br> **SIMM Associates, Inc.** <br> **PO Box 7526** <br> **Newark, DE 19714** | | | **Representing:** <br> **Sallie Mae** | | | | **Notice Only** |
| Account No. <br><br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773** | | H | on or about 2004 - 2011 <br> **Educational loan** | | | | **9,355.49** |
| Account No. <br><br> **Allied Interstate, LLC** <br> **Govt. Student Loan Svcs. Div.** <br> **12755 Highway 55, Ste. 300** <br> **Plymouth, MN 55441** | | | **Representing:** <br> **Sallie Mae** | | | | **Notice Only** |
| Account No. <br><br> **SIMM Associates, Inc.** <br> **PO Box 7526** <br> **Newark, DE 19714** | | | **Representing:** <br> **Sallie Mae** | | | | **Notice Only** |

Sheet no. __48__ of __57__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,355.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
      **BECKY A. JURIS,**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5049941373210282** <br><br> **Sears / Citibank SD** <br> **PO Box 6189** <br> **Sioux Falls, SD 57117** | | J | **Opened  9/07/06  Last Active  6/23/08** <br> **Charge Account** | | | | 0.00 |
| Account No. **Patient # S45353** <br><br> **Sherman Analytical Laboratory** <br> **PO Box 1538** <br> **Elgin, IL 60121** | | J | **on or about 2010** <br> **Medical services** | | | | 81.96 |
| Account No. <br><br> **MiraMed Revenue Group** <br> **Dept. 77304** <br> **P.O. Box 77000** <br> **Detroit, MI 48277-0304** | | | **Representing:** <br> **Sherman Analytical Laboratory** | | | | Notice Only |
| Account No. **105 854** <br><br> **Sherman Family Algonquin** <br> **600 S. Randall Road** <br> **Algonquin, IL 60102** | | J | **Medical services** | | | | 141.00 |
| Account No. <br><br> **Stanislaus Credit Company** <br> **914 14th Street** <br> **Modesto, CA 95354-1011** | | | **Representing:** <br> **Sherman Family Algonquin** | | | | Notice Only |

Sheet no. __**49**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

222.96

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **BRIAN M. JURIS,**
  **BECKY A. JURIS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **90447222**<br><br>**Sherman Hospital**<br>**934 Center Street**<br>**Elgin, IL 60120** | | J | | **on or about 7/21/2006**<br>**Medical services** | | | | **1,023.30** |
| Account No.<br><br>**Medical Recovery Specialists, Inc.**<br>**2250 E. Devon Avenue, Ste. 352**<br>**Des Plaines, IL 60018** | | | | **Representing:**<br>**Sherman Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Sherman Hospital**<br>**35134 Eagle Way**<br>**Chicago, IL 60678** | | | | **Representing:**<br>**Sherman Hospital** | | | | **Notice Only** |
| Account No. **0094142304**<br><br>**Sherman Hospital**<br>**934 Center Street**<br>**Elgin, IL 60120** | | J | | **on or about 3/31/2009**<br>**Medical services** | | | | **159.50** |
| Account No.<br><br>**Medical Recovery Specialists, Inc.**<br>**2250 E. Devon Avenue, Ste. 352**<br>**Des Plaines, IL 60018** | | | | **Representing:**<br>**Sherman Hospital** | | | | **Notice Only** |

Sheet no. __**50**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,182.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
         **BECKY A. JURIS**                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sherman Hospital** <br> **35134 Eagle Way** <br> **Chicago, IL 60678** | | | | **Representing:** <br> **Sherman Hospital** | | | | **Notice Only** |
| Account No. **0094326582** <br><br> **Sherman Hospital** <br> **934 Center Street** <br> **Elgin, IL 60120** | | J | | **on or about 11/16/2009** <br> **Medical services** | | | | **129.78** |
| Account No. <br><br> **Medical Recovery Specialists, Inc.** <br> **2250 E. Devon Avenue, Ste. 352** <br> **Des Plaines, IL 60018** | | | | **Representing:** <br> **Sherman Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Sherman Hospital** <br> **35134 Eagle Way** <br> **Chicago, IL 60678** | | | | **Representing:** <br> **Sherman Hospital** | | | | **Notice Only** |
| Account No. **A0094763598** <br><br> **Sherman Hospital** <br> **934 Center Street** <br> **Elgin, IL 60120** | | J | | **on or about 4/18/2011** <br> **Medical services** | | | | **119.14** |

Sheet no. __51__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**248.92**

B6F (Official Form 6F) (12/07) - Cont.

In re  **BRIAN M. JURIS,**
       **BECKY A. JURIS**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Medical Recovery Specialists, Inc.** **2250 E. Devon Avenue, Ste. 352** **Des Plaines, IL 60018** | | | | **Representing:** **Sherman Hospital** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sherman Hospital** **35134 Eagle Way** **Chicago, IL 60678** | | | | **Representing:** **Sherman Hospital** | | | | **Notice Only** |
| Account No. **various** | | | | on or about various dates Medical services | | | | |
| **Sherman Hospital** **934 Center Street** **Elgin, IL 60120** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Medical Recovery Specialists, Inc.** **2250 E. Devon Avenue, Ste. 352** **Des Plaines, IL 60018** | | | | **Representing:** **Sherman Hospital** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sherman Hospital** **35134 Eagle Way** **Chicago, IL 60678** | | | | **Representing:** **Sherman Hospital** | | | | **Notice Only** |

Sheet no. __52__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
   **BECKY A. JURIS**
                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. D96307311N1<br><br>**Stanislaus Credit Company**<br>**914 14th Street**<br>**Modesto, CA 95354-1011** | | W | **Opened  5/01/10  Last Active  3/01/10**<br>**Claim for balance due CEP America** | | | | 141.00 |
| Account No. 6035320250611694<br><br>**Thd Consumer**<br>**c/o Richard J. Boudreau & Assoc.**<br>**5 Industrial Way**<br>**Salem, NH 03079** | | J | **Claim for balance due on account for credit purchases at The Home Depot** | | | | 835.03 |
| Account No. 10210641<br><br>**The Pediatric Faculty Foundation In**<br>**PO Box 4051**<br>**Carol Stream, IL 60197** | | J | **on or about 2011**<br>**Medical services** | | | | 1,500.00 |
| Account No.<br><br>**Weltman, Weinberg & Reis Co.**<br>**323 W. Lakeside Avenue**<br>**Suite 200**<br>**Cleveland, OH 44113** | | | **Representing:**<br>**The Pediatric Faculty Foundation In** | | | | Notice Only |
| Account No.<br><br>**Weltman, Weinberg & Reis Co., L.P.A**<br>**PO Box 93596**<br>**Cleveland, OH 44101** | | | **Representing:**<br>**The Pediatric Faculty Foundation In** | | | | Notice Only |

Sheet no. __53__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,476.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
    **BECKY A. JURIS**
                                                     ,
                                       Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Weltman, Weinberg & Reis Co., L.P.A <br> PO Box 93784 <br> Cleveland, OH 44101 | | | | Representing: <br> The Pediatric Faculty Foundation In | | | | Notice Only |
| Account No. <br><br> Weltman, Weinberg & Reis Co., LPA <br> 180 N. LaSalle Street, Ste. 2400 <br> Chicago, IL 60601 | | | | Representing: <br> The Pediatric Faculty Foundation In | | | | Notice Only |
| Account No. **various** <br><br> The Pediatric Faculty Foundation In <br> PO Box 4051 <br> Carol Stream, IL 60197 | J | | | various dates <br> Medical services | | | | **Unknown** |
| Account No. <br><br> Weltman, Weinberg & Reis Co. <br> 323 W. Lakeside Avenue <br> Suite 200 <br> Cleveland, OH 44113 | | | | Representing: <br> The Pediatric Faculty Foundation In | | | | Notice Only |
| Account No. <br><br> Weltman, Weinberg & Reis Co., L.P.A <br> PO Box 93596 <br> Cleveland, OH 44101 | | | | Representing: <br> The Pediatric Faculty Foundation In | | | | Notice Only |

Sheet no. __54__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BRIAN M. JURIS,**
      **BECKY A. JURIS**

Case No. _____

                                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Weltman, Weinberg & Reis Co., L.P.A** <br> **PO Box 93784** <br> **Cleveland, OH 44101** | | | | **Representing:** <br> **The Pediatric Faculty Foundation In** | | | | **Notice Only** |
| Account No. <br><br> **Weltman, Weinberg & Reis Co., LPA** <br> **180 N. LaSalle Street, Ste. 2400** <br> **Chicago, IL 60601** | | | | **Representing:** <br> **The Pediatric Faculty Foundation In** | | | | **Notice Only** |
| Account No. <br><br> **Universal Technical Institute** <br> **601 Regency Drive** <br> **Glendale Heights, IL 60139** | | J | | **Claim for balance due on educational loan and/or school tuition** | | | | **9,355.49** |
| Account No. <br><br> **Allied Interstate, LLC** <br> **Govt. Student Loan Svcs. Div.** <br> **12755 Highway 55, Ste. 300** <br> **Plymouth, MN 55441** | | | | **Representing:** <br> **Universal Technical Institute** | | | | **Notice Only** |
| Account No. <br><br> **SIMM Associates, Inc.** <br> **PO Box 7526** <br> **Newark, DE 19714** | | | | **Representing:** <br> **Universal Technical Institute** | | | | **Notice Only** |

Sheet no. __55__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,355.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **BRIAN M. JURIS,**  
**BECKY A. JURIS**
Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Universal Technical Institute** <br> **601 Regency Drive** <br> **Glendale Heights, IL 60139** | | J | on or about 2004 - 2011 <br> **Claim for balance due on educational loan and/or school tuition** | | | | **Unknown** |
| Account No. <br><br> **Allied Interstate, LLC** <br> **Govt. Student Loan Svcs. Div.** <br> **12755 Highway 55, Ste. 300** <br> **Plymouth, MN 55441** | | | Representing: <br> **Universal Technical Institute** | | | | **Notice Only** |
| Account No. <br><br> **SIMM Associates, Inc.** <br> **PO Box 7526** <br> **Newark, DE 19714** | | | Representing: <br> **Universal Technical Institute** | | | | **Notice Only** |
| Account No. 3198040361 <br><br> **US Dept. of Education** <br> **Po Box 7202** <br> **Utica, NY 13504-7202** | | W | Opened 10/01/02  Last Active  8/01/05 <br> **Educational loan** | | | | **0.00** |
| Account No. 3198040361 <br><br> **US Dept. of Education** <br> **Po Box 7202** <br> **Utica, NY 13504-7202** | | W | Opened 10/01/02  Last Active  8/01/05 <br> **Educational loan** | | | | **0.00** |

Sheet no. __**56**__ of __**57**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BRIAN M. JURIS,**
**BECKY A. JURIS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **109290594133049** | | | **Opened 9/29/05 Last Active 6/30/06** **Credit account** | | | | |
| **Wffinance** **800 Walnut St** **Des Moines, IA 50309** | | J | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**57**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Total
(Report on Summary of Schedules)    **260,122.54**

B6G (Official Form 6G) (12/07)

.

In re    **BRIAN M. JURIS,**    Case No. _____

    **BECKY A. JURIS**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Beverly Van Wazer**<br>**1421 Kings Road**<br>**Carpentersville, IL 60110** | **Debtors' interest is as Lessees in residence lease.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **BRIAN M. JURIS,**
     **BECKY A. JURIS**
_____,
Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6I (Official Form 6I) (12/07)

In re **BRIAN M. JURIS**
**BECKY A. JURIS**
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**1 1/2 years**<br>**5 years** |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **personal assistance / care giver** |
| Name of Employer | **none at present** | **Illinois Dept. of Human Services** |
| How long employed | | **13 years** |
| Address of Employer | | **Division of Rehabilitative Services**<br>**452 N. Mclean Blvd.**<br>**Elgin, IL 60123** |

**\*See Attachment for Additional Employment Information**

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 2,510.81 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 2,510.81 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 366.83 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 73.83 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 440.66 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 2,070.15 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 2,070.15 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **2,070.15** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re    **BRIAN M. JURIS**
**BECKY A. JURIS**                                      Case No. _____
                          Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Spouse | | |
|---|---|---|
| Occupation | **part-time care giver** | |
| Name of Employer | **Our Children's Homestead** | |
| How long employed | **3 years** | |
| Address of Employer | **387 Shuman Blvd., #335W** **Naperville, IL 60563** | |

B6J (Official Form 6J) (12/07)

In re **BRIAN M. JURIS**
**BECKY A. JURIS**
_____
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 300.00 |
|    a. Are real estate taxes included?   Yes ____   No **X** | | |
|    b. Is property insurance included?   Yes ____   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 0.00 |
|           b. Water and sewer | $ | 0.00 |
|           c. Telephone | $ | 160.00 |
|           d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 525.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 180.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 0.00 |
|           b. Life | $ | 0.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 80.00 |
|           e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|           a. Auto | $ | 497.71 |
|           b. Other _____ | $ | 0.00 |
|           c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** _____ | $ | 117.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,059.71 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,070.15 |
| b.   Average monthly expenses from Line 18 above | $ | 2,059.71 |
| c.   Monthly net income (a. minus b.) | $ | 10.44 |

B6J (Official Form 6J) (12/07)

In re    **BRIAN M. JURIS**
      **BECKY A. JURIS**                 Case No. _____
                             Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| Prescription medication | $ | 27.00 |
| Misc. sundry items | $ | 30.00 |
| Personal grooming, to wit: hair & nails | $ | 60.00 |
| **Total Other Expenditures** | $ | **117.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **BRIAN M. JURIS**
     **BECKY A. JURIS**

Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **74** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 26, 2012** _____    Signature    **/s/ BRIAN M. JURIS** _____
                                                      **BRIAN M. JURIS**
                                                      Debtor

Date **November 26, 2012** _____    Signature    **/s/ BECKY A. JURIS** _____
                                                      **BECKY A. JURIS**
                                                     Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **BRIAN M. JURIS**
         **BECKY A. JURIS**
                                    Case No.
         Debtor(s)                  Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$28,209.00** | **2011: Both Employment Income** |
| **$36,718.00** | **2010: Both Employment Income** |
| **$27,334.36** | **2012 YTD: Wife Employment Income** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,861.00** | **2011: Both Canceled debt income** |
| **$2,933.00** | **2010: Husband Unemployment** |

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Lincoln Automotive Financial Svcs. formerly Ford Credit PO Box 542000 Omaha, NE 68154** | **September, October & November, 2012 (regular payments due on auto loan)** | **$1,493.13** | **$12,767.00** |

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

˚ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One Bank (USA), N.A., successor in interest to Capital One Bank vs. Brian M. Juris Case No. 2011 SC 001921** | **Debtor husband is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **In the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois** | **Pending and/or judgment may have been entered against Debtor husband** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of Gregory D. Bruno**<br>**1807 N. Broadway**<br>**Melrose Park, IL 60160** | **May 18, 2011** | **$500.00 has been paid to date for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Chase Bank**<br>**1350 E. Algonquin Road**<br>**Algonquin, IL 60102** | **Checking account; negative balance** | **Checking account was closed on or about 5/15/2011 with a negative balance of approximately $260.00** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 26, 2012**                    Signature  **/s/ BRIAN M. JURIS**

                                                          **BRIAN M. JURIS**
                                                          Debtor


Date  **November 26, 2012**                    Signature  **/s/ BECKY A. JURIS**

                                                          **BECKY A. JURIS**
                                                          Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **BRIAN M. JURIS**
      **BECKY A. JURIS**

                         Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Lincoln Automotive Financial Svcs** | **Describe Property Securing Debt:**<br>**2007 Mercury Mariner vehicle; 47,000 miles; good condition**<br>**Location: 1421 Kings Road, Carpentersville IL 60110** |

Property will be (check one):
- ☐ Surrendered                ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt              ■ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **November 26, 2012** _____     Signature   **/s/ BRIAN M. JURIS** _____
                                                    **BRIAN M. JURIS**
                                                    Debtor

Date   **November 26, 2012** _____     Signature   **/s/ BECKY A. JURIS** _____
                                                      **BECKY A. JURIS**
                                                    Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **BRIAN M. JURIS**
       **BECKY A. JURIS**

                                        Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,201.00 |
| Prior to the filing of this statement I have received | $ | 201.00 |
| Balance Due | $ | 1,000.00 |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 26, 2012**             **/s/ Gregory D. Bruno**
                                               **Gregory D. Bruno**
                                               **Law Offices of Gregory D. Bruno**
                                               **1807 N. Broadway**
                                               **Melrose Park, IL 60160**
                                               **(708) 343-4544  Fax: (708) 343-4670**

## AGREEMENT AS TO ATTORNEY'S FEES AND COSTS

## FOR LEGAL REPRESENTATION IN CHAPTER 7 BANKRUPTCY

This Agreement is made this _18th_ day of _MAY_, _2011_, by and

between _BRIAN M. JURIS_ (and _BECKY A. JURIS_ ),

hereinafter referred to as the "Client," and GREGORY D. BRUNO and the Law Offices

of GREGORY D. BRUNO, hereinafter referred to as the "Attorney," for legal services to

be rendered by the Attorney on behalf of the Client in contemplation of or in connection

with a chapter 7 bankruptcy case.

Client and Attorney agree that the minimum fee to be paid by Client to the

Attorney for such legal services shall be $ _1,500.00_, which does/does not include the

bankruptcy filing fee of $299.00, and which does/does not include a credit report fee of

$ _70.00_ In this regard, Client agrees to deposit $ _500.00_ of the minimum fee as

a retainer, prior to the preparation of a bankruptcy petition; and Client further agrees to

pay the balance of the minimum fee within _3 MONTHS_ thereafter. (Attorney

hereby acknowledges receipt of the sum of $ _500.00_ from Client on _5/18/11_.

In return for the above-disclosed minimum fee, Attorney hereby agrees to render

legal services to the Client for all aspects of a chapter 7 bankruptcy, including:

(1) Analyze the amount and nature of the debts owed by the person filing
bankruptcy and determine the best remedy for the person's financial problems.

(2) Advise the person filing of the relief available under chapter 7 and the other
chapters of the Bankruptcy Code, and the advisability of proceeding under each chapter.

(3) Assist the person in obtaining the required pre-bankruptcy budget and credit
counseling briefing.

1

(4)  Assemble  the  information  and  data  necessary  to  prepare  the  chapter  7 bankruptcy forms for filing.

(5) Prepare the petitions, schedules, statements and other chapter 7 forms for filing with the bankruptcy court.

(6) Assist the person filing bankruptcy in arranging his or her assets so as to enable the person to retain as many of the assets as possible after the chapter 7 case is filed.

(7)  Filing  chapter  7  petitions,  schedules,  statements  and  other  forms  with  the bankruptcy court, and, if necessary, notifying certain creditors of the commencement of the bankruptcy case.

(8)  If necessary, assisting the person filing bankruptcy in reaffirming certain debts, redeeming personal property, setting aside mortgages or liens against exempt property, and otherwise carrying out the matters set forth in the statement of intention.

(9)   Attending  the  meeting  of  creditors  with  the  person  filing  bankruptcy  and appearing with the person at any other hearings that may be held in the case.

(10) Assist the debtor in attending and completing the required instructional course on personal financial management.

(11)  If necessary, preparing and filing amended schedules, statements, and other documents with the bankruptcy court in order to protect the rights of the person filing bankruptcy.

Client  hereby  acknowledges  and  agrees  that  the  minimum  fee  stated  in  this Agreement  may  not  be  sufficient  to  pay  and/or  reimburse  the  Attorney  for  all  of  his attorney's fees and costs/expenses, and in that event, the Client agrees to promptly pay any such additional amounts as they become due and owing.

Client also acknowledges and agrees that this Agreement does <u>NOT</u> cover, include or provide for legal representation of Client in other legal matters, including but not limited to: bankruptcy adversary proceedings, issues as to fraudulent conveyances, asset exemptions and/or debt dischargeability, tax proceedings, judicial lien avoidances, relief from stay actions, civil litigation, and criminal investigation and/or prosecution, for which additional fees would need to be agreed upon and pre-paid by the Client in the event that legal representation becomes necessary for those types of legal matters.

Due to a recent decision by the Illinois Supreme Court (Brian Dowling vs. Chicago Options Associates, Inc., Case No. 102578, Ill, 2007), the Attorney proposes to treat all payments made by the Client to the Attorney as an "advance payment retainer" in which the  Client  intends  to  make  a  present  payment  to  the  Attorney  in  exchange  for  the

commitment to provide legal services in the future.  Ownership of this retainer passes to the Attorney immediately upon payment, and shall be deposited in the general office fund account of the Attorney and not in a client trust account, and shall be withdrawn by the Attorney at his sole discretion.  While the Client has the option to have such monetary payment placed into a "security retainer" and the choice of the type of retainer to be used is the Client's alone, the Supreme Court has found that the use of an "advance retainer agreement" would be appropriate when a client is facing bankruptcy, a collection action or a criminal forfeiture proceeding and therefore needs to secure and protect sufficient funds out of the reach of seizure in order to hire legal counsel, thereby being advantageous to the client   Your signature on this Agreement shall acknowledge and confirm your acceptance and approval of the use of an "advance payment retainer" by the Attorney.


**The undersigned hereby acknowledges that he or she has read and does**

**accept the foregoing Agreement.**

Signed: _____   Dated: ___5/18/11___

Signed: _____   Dated: ___5/18/11___

Signed: _Becky A Lu___   Dated: ___5/18/11___

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **BRIAN M. JURIS**
      **BECKY A. JURIS**                  Case No. _____

                     Debtor(s)      Chapter  **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **BRIAN M. JURIS**<br>**BECKY A. JURIS** | X  **/s/ BRIAN M. JURIS** | **November 26, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X  **/s/ BECKY A. JURIS** | **November 26, 2012** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **BRIAN M. JURIS**
**BECKY A. JURIS**
_____  Case No. _____
Debtor(s)  Chapter  **7**  _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **287**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 26, 2012**  **/s/ BRIAN M. JURIS**
_____  _____
**BRIAN M. JURIS**
Signature of Debtor

Date:  **November 26, 2012**  **/s/ BECKY A. JURIS**
_____  _____
**BECKY A. JURIS**
Signature of Debtor

1st Financial Bank USA
363 W. Anchor Drive
Dakota Dunes, SD 57049

AES / Suntrust Bank
Po Box 2461
Harrisburg, PA 17105

AES / Suntrust Bank
Po Box 2461
Harrisburg, PA 17105

AIS Services, LLC
8996 Miramar Road, Ste. 220
San Diego, CA 92126

AIS Services, LLC
8996 Miramar Road, Ste. 220
San Diego, CA 92126

Allied Interstate
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441

Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441

Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441

Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441

Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441

Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441

Allied Interstate, LLC
3000 Corporate Exchange Drive
Columbus, OH 43231


Allied Interstate, LLC
PO Box 4000
Warrenton, VA 20188


Allied Interstate, LLC
3000 Corporate Exchange Drive
Columbus, OH 43231


Allied Interstate, LLC
PO Box 4000
Warrenton, VA 20188


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Allied Interstate, LLC
Govt. Student Loan Svcs. Div.
12755 Highway 55, Ste. 300
Plymouth, MN 55441


Arrow Financial Services LLC
5996 W. Touhy Ave
Niles, IL 60714


Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090


Asset Recovery Solutions, LLC
2200 E. Devon Avenue, Ste. 200
Des Plaines, IL 60018


Asset Recovery Solutions, LLC
2200 E. Devon Avenue, Ste. 200
Des Plaines, IL 60018


Asset Recovery Solutions, LLC
2200 E. Devon Avenue, Ste. 200
Des Plaines, IL 60018


Asset Recovery Solutions, LLC
2200 E. Devon Avenue, Ste. 200
Des Plaines, IL 60018


Baker & Miller, P.C.
29 N. Wacker Drive, Ste. 500
Chicago, IL 60606


Baker & Miller, P.C.
29 N. Wacker Drive, Ste. 500
Chicago, IL 60606


Baker & Miller, P.C.
29 N. Wacker Drive, Ste. 500
Chicago, IL 60606


Baker & Miller, P.C.
29 N. Wacker Drive, Ste. 500
Chicago, IL 60606


Baker & Miller, P.C.
29 N. Wacker Drive, Ste. 500
Chicago, IL 60606


Baker & Miller, P.C.
29 N. Wacker Drive, Ste. 500
Chicago, IL 60606

Baker & Miller, P.C.
29 N. Wacker Drive, Ste. 500
Chicago, IL 60606


Beverly Van Wazer
1421 Kings Road
Carpentersville, IL 60110


BMG Music
BMG Music Service
PO Box 1958
Indianapolis, IN 46291


c/o Stanislaus Credit Control Svcs
914 14th Street
PO Box 480
Modesto, CA 95353


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Care Credit
c/o Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia, PA 19154

Care Credit
c/o Asset Recovery Solutions, LLC
2200 E. Devon Avenue, Ste. 200
Des Plaines, IL 60018


CEP America - Illinois, P.C.
PO Box 582663
Modesto, CA 95358


Certified Services, Inc.
1733 Washington Street, Ste. 201
Waukegan, IL 60085


Certified Services, Inc.
1733 Washington Street, Ste. 201
Waukegan, IL 60085


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
c/o Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842


Chase / Chase Bank USA, N.A.
c/o Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Children's Memorial Hospital
Children's Memorial Medical Center
PO Box 4051
Carol Stream, IL 60197

Children's Memorial Hospital
Children's Memorial Medical Center
PO Box 4051
Carol Stream, IL 60197


Citibank (South Dakota), N.A.
Sears Premier Card
P.O. Box 6497
Sioux Falls, SD 57117


Citibank (South Dakota), N.A.
c/o Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue, Ste 200
Cleveland, OH 44113


Citibank (South Dakota), N.A.
c/o MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003


Coker, Mobolanle
c/o Pediatric Faculty Foundation In
PO Box 4051
Carol Stream, IL 60197


Columbia House
Columbia House Deals
1400 N. Fruitridge Avenue
Terre Haute, IN 47811


Creditors Collection Bureau,  Inc.
755 Almar Parkway
Bourbonnais, IL 60914


Creditors Collection Bureau, Inc.
755 Almar Parkway
Bourbonnais, IL 60914


Creditors Collection Bureau, Inc.
755 Almar Parkway
Bourbonnais, IL 60914


Creditors Collection Bureau, Inc.
755 Almar Parkway
Bourbonnais, IL 60914

Creditors Collection Bureau, Inc.
755 Almar Parkway
Bourbonnais, IL 60914


Creditors Collection Bureau, Inc.
755 Almar Parkway
Bourbonnais, IL 60914


Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

Dept. of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

DialAmerica Marketing, Inc.
511 E. John Carpenter Frwy
Suite 700
Irving, TX 75062

Elmhurst Dental Care
333 West First Street
Elmhurst, IL 60126

Elmhurst Dental Care
333 West First Street
Elmhurst, IL 60126

Fox Valley Lab Physicians S.C.
PO Box 5133
Chicago, IL 60680


Fox Valley Lab Physicians S.C.
PO Box 5133
Chicago, IL 60680


Fox Valley Lab Physicians S.C.
PO Box 5133
Chicago, IL 60680


Frdf / Citibank SD
PO Box 6497
Sioux Falls, SD 57117


Freedman Anselmo Lindberg & Rappe
1807 W. Diehl Road, Ste. 333
P.O. Box 3228
Naperville, IL 60566


Freedman Anselmo Lindberg LLC
1807 W. Diehl Road, Ste. 333
P.O. Box 3228
Naperville, IL 60566


GE Money Bank / Care Credit
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Care Credit
Attn: Bankruptcy Dept.
P.O. Box 103106
Roswell, GA 30076


Great American Home Baking
PO Box 26599
Lehigh Valley, PA 18002


Greater Elgin Emergency Specialists
PO Box 1509
Elgin, IL 60121

```
Greater Elgin Emergency Specialists
PO Box 1509
Elgin, IL 60121


Greater Elgin Emergency Specialists
PO Box 1509
Elgin, IL 60121


Greater Elgin Emergency Specialists
PO Box 1509
Elgin, IL 60121


Greater Elgin Emergency Specialists
PO Box 1509
Elgin, IL 60121


Greater Elgin Emergency Specialists
PO Box 1509
Elgin, IL 60121


Hogg, Jeannine E.
c/o Pediatric Faculty Foundation In
PO Box 4051
Carol Stream, IL 60197


Home Clubs / Scholastic, Inc.
My Very First Winnie The Pooh
3030 Robinson Road
Jefferson City, MO 65111


Home Clubs / Scholastic, Inc.
My Very First Winnie The Pooh
3030 Robinson Road
Jefferson City, MO 65111


HSBC Bank
Po Box 5253
Carol Stream, IL 60197


HSBC Bank / HSBC Card Services
c/o Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA 23541
```

```
I.D.E.S
Benefit Repayments
PO Box 6996
Chicago, IL 60680


I.D.E.S
Benefit Repayments
PO Box 6996
Chicago, IL 60680


IL Dept. of Employmant Security
PO Box 4385
Chicago, IL 60605


IL Dept. of Employmant Security
PO Box 4385
Chicago, IL 60605


IL.  Dept. of Employment Security
Benefits Repayments
PO Box 19286
Springfield, IL 62794


IL.  Dept. of Employment Security
Benefits Repayments
PO Box 19286
Springfield, IL 62794


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477
```

```
Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


IMP Customer Service
PO Box 26596
Lehigh Valley, PA 18002


J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


Jaeschke, Sandra, N.P.
Sherman Family Algonquin
600 S. Randall Road
Algonquin, IL 60102
```

Lincoln Automotive Financial Svcs
formerly Ford Credit
PO Box 542000
Omaha, NE 68154


LVNV Funding, LLC
PO Box 740281
Houston, TX 77274


LVNV Funding, LLC
PO Box 740281
Houston, TX 77274


LVNV Funding, LLC
PO Box 740281
Houston, TX 77274


LVNV Funding, LLC
PO Box 740281
Houston, TX 77274


LVNV Funding, LLC
PO Box 740281
Houston, TX 77274


LVNV Funding, LLC
PO Box 740281
Houston, TX 77274


LVNV Funding, LLC
PO Box 740281
Houston, TX 77274


Medical Recovery Specialists, Inc.
2250 E. Devon Avenue, Ste. 352
Des Plaines, IL 60018


Medical Recovery Specialists, Inc.
2250 E. Devon Avenue, Ste. 352
Des Plaines, IL 60018


Medical Recovery Specialists, Inc.
2250 E. Devon Avenue, Ste. 352
Des Plaines, IL 60018

Medical Recovery Specialists, Inc.
2250 E. Devon Avenue, Ste. 352
Des Plaines, IL 60018


Medical Recovery Specialists, Inc.
2250 E. Devon Avenue, Ste. 352
Des Plaines, IL 60018


Metropolitan Collection Bureau, Inc
3149 Dundee Road, #277
Northbrook, IL 60062


MiraMed Revenue Group
Dept. 77304
P.O. Box 77000
Detroit, MI 48277-0304


MiraMed Revenue Group
Dept. 77304
P.O. Box 77000
Detroit, MI 48277-0304


Mothers Against Drunk Driving
PO Box 892
Mahwah, NJ 07430


MRS Associates of New Jersey
MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003


MRS Associates of New Jersey
MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003


MRS Associates of New Jersey
MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003


MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003

MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003


MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003


MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003


My Very First Winnie The Pooh
PO Box 6002
Jefferson City, MO 65102


Narula, Neelam, M.D.
2971 W. Algonquin Road, Ste. 105
Algonquin, IL 60102


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830

Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


NES of Ohio
29125 Solon Road
Solon, OH 44139


NES of Ohio
29125 Solon Road
Solon, OH 44139


NES of Ohio
29125 Solon Road
Solon, OH 44139


NES of Ohio
29125 Solon Road
Solon, OH 44139


North Shore Agency
4000 East 5th Avenue
Columbus, OH 43219


North Shore Agency
4000 East 5th Avenue
Columbus, OH 43219

Pamorn Kulsakdinun
Sherman Analytics
PO Box 1538
Elgin, IL 60121


Parker, Christine M.
c/o Pediatric Faculty Foundation In
PO Box 4051
Carol Stream, IL 60197


Pediatric Faculty Foundation, Inc.
2300 Childrens Plaza, Box #64
Chicago, IL 60614


Pediatric Faculty Foundation, Inc.
2300 Childrens Plaza, Box #64
Chicago, IL 60614


Pediatric Faculty Foundation, Inc.
2300 Childrens Plaza, Box #64
Chicago, IL 60614


Portfolio Recovery Associates LLC
P.O. Box 12914
Norfolk, VA 23541


Puzzle Buzz
PO Box 4002862
Des Moines, IA 50340


Regional Adjustment Bureau, Inc
PO Box 34111
Memphis, TN 38184


Regional Adjustment Bureau, Inc.
PO Box 34111
Memphis, TN 38184


Resurgent Capital Services LP
c/o J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379

Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079


Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079


Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079


Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079


Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Scholastic, Inc.
2931 East McCarty Street
Jefferson City, MO 65101


Scholastic, Inc.
557 Broadway
New York, NY 10012

Scholastic, Inc.
2931 East McCarty Street
Jefferson City, MO 65101


Scholastic, Inc.
557 Broadway
New York, NY 10012


Sears / Citibank SD
PO Box 6189
Sioux Falls, SD 57117


Sherman Analytical Laboratory
PO Box 1538
Elgin, IL 60121


Sherman Family Algonquin
600 S. Randall Road
Algonquin, IL 60102


Sherman Hospital
934 Center Street
Elgin, IL 60120


Sherman Hospital
934 Center Street
Elgin, IL 60120


Sherman Hospital
934 Center Street
Elgin, IL 60120


Sherman Hospital
934 Center Street
Elgin, IL 60120


Sherman Hospital
934 Center Street
Elgin, IL 60120


Sherman Hospital
35134 Eagle Way
Chicago, IL 60678

Sherman Hospital
35134 Eagle Way
Chicago, IL 60678


Sherman Hospital
35134 Eagle Way
Chicago, IL 60678


Sherman Hospital
35134 Eagle Way
Chicago, IL 60678


Sherman Hospital
35134 Eagle Way
Chicago, IL 60678


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714

SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714


Stanislaus Credit Company
914 14th Street
Modesto, CA 95354-1011

Stanislaus Credit Company
914 14th Street
Modesto, CA 95354-1011


Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia, PA 19154


Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia, PA 19154


Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia, PA 19154


Thd Consumer
c/o Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079


The Pediatric Faculty Foundation In
PO Box 4051
Carol Stream, IL 60197


The Pediatric Faculty Foundation In
PO Box 4051
Carol Stream, IL 60197


Universal Technical Institute
601 Regency Drive
Glendale Heights, IL 60139


Universal Technical Institute
601 Regency Drive
Glendale Heights, IL 60139


US Dept. of Education
Po Box 7202
Utica, NY 13504-7202


US Dept. of Education
Po Box 7202
Utica, NY 13504-7202

```
Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113
```

```
Weltman, Weinberg & Reis Co., L.P.A
PO Box 93596
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93596
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93596
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93596
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93596
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93596
Cleveland, OH 44101
```

```
Weltman, Weinberg & Reis Co., L.P.A
PO Box 93596
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93596
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93784
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., L.P.A
PO Box 93596
Cleveland, OH 44101


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601
```

```
Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601


Wffinance
800 Walnut St
Des Moines, IA 50309
```